UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EDWARD MURILLO,

        Petitioner,

v.                                   Case No. 01-C-1285

MATTHEW FRANK, et al.,,

        Respondent.

## ORDER LIFTING STAY

This court previously ordered that the petition for a Writ of Habeas Corpus in the above matter be granted. The order granting the writ was stayed pending an appeal to the United States Court of Appeals for the Seventh Circuit. Upon appeal, this court's decision was affirmed and the time to seek further review has expired.

Accordingly, **IT IS HEREBY ORDERED** that the stay previously entered by this court be lifted and the petitioner be released from any sentence of confinement based upon the conviction that is the subject of this action.

Dated this   25th   day of July, 2005.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge